1  David A. Chami, AZ #027585
   Price Law Group, APC
2  8245 N 85th Way
3  Scottsdale, AZ 85258
   P: (818) 600-5515
4  F: (818) 600-5415
5  E: david@pricelawgroup.com

6  Beth K. Findsen, AZ #023205
   Price Law Group, APC
7  8245 N 85th Way
8  Scottsdale, AZ 85258
   P: (818) 600-5575
9  F: (818) 600-5475
10 E: beth@pricelawgroup.com
   *Attorneys for Plaintiff*
11 *Ashley Wilkeyson*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Wilkeyson,<br><br>    Plaintiff,<br>vs.<br><br>Wakefield & Associates, Inc.,<br><br>    Defendant. | *Case No.:* 2:19-cv- 04662-DJH<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Ashley Wilkeyson ("Plaintiff"), and Defendant Wakefield & Associates, Inc. ("Defendant"), have settled all claims between them in this matter.

The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days.

The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 22th day of August, 2019

        **PRICE LAW GROUP, APC**
        By: /s/Beth K.Findsen
        Beth K. Findsen #023205
        beth@pricelawgroup.com
        David A. Chami, Esq. #027585
        david@pricelawgroup.com
        *Attorneys for Plaintiff*
        *Ashley Wilkeyson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Natalie McGuire*